UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*****************************
Briana S. Pittman,              *
      Plaintiff                 *
                                *
v.                              *    Case No. 1:22-cv-00344-SE
                                *
Trustees of Dartmouth College,  *
      Defendant                 *
*****************************
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1) (A)( ii) and without costs.  All rights of appeal are hereby waived.

| | |
|---|---|
| Respectfully submitted,<br>BRIANA S. PITTMAN<br>By her attorneys, | Respectfully submitted,<br>TRUSTEES OF DARTMOUTH COLLEGE<br>By its attorneys, |
| /s/ Benjamin T. King<br>Benjamin T. King, NH Bar #12888<br>DOUGLAS, LEONARD & GARVEY, P.C.<br>14 South Street, Suite 5<br>Concord, NH 03301<br>(603) 224-1988<br>benjamin@nhlawoffice.com | /s/ Pierre A. Chabot<br>Pierre A. Chabot, NH Bar #17606<br>DEVINE MILLIMET & BRANCH P.A.<br>111 Amherst Street<br>Manchester, NH 03101<br>(603) 669-1000<br>pchabot@devinemillimet.com |
| Date:  January 19, 2024 | Date:  January 19, 2024 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

/s/ Benjamin T. King
Benjamin T. King